**FILED**

10/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0351

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                 O R D E R

ISAAC WILLIAM MACY,

      Defendant and Appellant.

_____

Upon consideration of Appellant's Motion for Extension of Time and good cause appearing therefore, Appellant is GRANTED an extension of time within which to file the Reply Brief to and including November 20, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 30 2023